DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINTICA RAINES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2104

[January 11, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 18-4305CF10A.

Quintica Raines, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***